**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| CHARLES WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) **Case No.:** 1:18-cv-2182 |
| CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, CHARLES WILLIAMS, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED:  October 12, 2018

> Respectfully submitted,
> AGRUSS LAW FIRM, LLC
>
> By: /s/ Michael S. Agruss
> Michael S. Agruss, ARDC No. 6281600
> 4809 N. Ravenswood Avenue, Suite 419
> Chicago, IL 60640
> 312-224-4695 – office
> 312-253-4451 – facsimile
> michael@agrusslawfirm.com
> Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

On October 12, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Brian Tretter, at btretter@choicehomewarranty.com.

By: /s/ Michael S. Agruss
Michael S. Agruss, ARDC No. 6281600